IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO CONSOLIDATED
CONSTRUCTION, LLC, a New Mexico
Limited Liability Company,

        Appellant,

vs.                                                       No. CIV 14-0171 JB/WPL

CITY COUNCIL OF THE CITY OF SANTA
FE,

        Appellee,

and

NEW MEXICO CONSOLIDATED
CONSTRUCTION, LLC, a New Mexico
Limited Liability Company,

        Plaintiff,

vs.

DAVID COSS, Mayor of the City of Santa Fe,
personally and as Mayor; REBECCA
WURZBERGER, personally and as Mayor Pro
Tem of the City of Santa Fe; PATTI J.
BUSHEE, CHRIS CALVERT, ROSEMARY
ROMERO, MICHAEL M. CHAVEZ,
CARMICHAEL A. DOUGLAS, MATTHEW
F. ORTIZ, and RONALD S. TRUJILLO,
Members of the City Council of the City of
Santa Fe, personally and as Officials of the City
of Santa Fe; ROBERT ROMERO, City
Manager, GENO ZAMORA, City Attorney, and
MEL MORGAN, City Finance Director,
personally and as employees or officials of the
City of Santa Fe; SHARON WOODS, KAREN
WALKER, CELILIA RIOS, DEBORAH
SHAPIRO, DAN FEATHERINGILL, JOHN
KANTNER, ROD COLLIER ACTON, FRANK
D. KATZ, and CHRISTINE MATHER,

personally and as Members of the Santa Fe
Historic Design Review Board,

        Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i) the Order, filed March 7, 2015 (Doc. 54); and (ii) the accompanying Memorandum Opinion and Amended Order, filed March 31, 2015 (Doc. 55)("MOAO").  In the Order, the Court dismissed all federal claims in this case. See Order at 2.  In the MOAO, the Court explained its rationale for dismissing the federal claims and, additionally, amended the Order to specify that the Court would remand the case to state court.  See MOAO at 2 n.1.

**IT IS ORDERED** that final judgment is entered, and this case is remanded to the County of Santa Fe, First Judicial District Court, State of New Mexico.

                              _____
                              UNITED STATES DISTRICT JUDGE

*Counsel*:

John R. Polk
Albuquerque, New Mexico

    *Attorney for the Plaintiff-Appellant*

Philomena M. Hausler
Albuquerque, New Mexico

--and--

Erika E. Anderson
Albuquerque, New Mexico

    *Attorneys for the Defendant-Appellees*